JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spirit Clothing Company, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>College Concepts LLC, a Tennessee limited liability company,<br><br>Defendant. | Case No. 2:18-cv-07756-AB-Ex<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action, including all claims and counterclaims, is hereby dismissed with prejudice and that each side shall bear their own cost and attorney's fees.

Dated this 26th day of February, 2019.

_____
Judge André Birotte Jr.
United States District Judge